IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JUDY TRAVIS**                                                                                       **PLAINTIFF**

**v.**                          **Case No. 2:13-cv-00065 KGB**

**SOUTHERN FARM BUREAU**
**CASUALTY INSURANCE COMPANY**                                         **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 8). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Judy Travis's complaint against defendant Southern Farm Bureau Casualty Insurance Company is dismissed with prejudice. The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

SO ORDERED this 2nd day of July, 2014.

_____
Kristine G. Baker
United States District Judge